UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

CR 22.97 JNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JASON ELLIOT ROY,<br><br>Defendant. | **INFORMATION**<br><br>18 U.S.C. § 2252(a)(4)(B)<br>18 U.S.C. § 2252(b)(2)<br>18 U.S.C. § 2253(a) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

On or about March 12, 2021, in the State and District of Minnesota, the defendant,

**JASON ELLIOT ROY,**

having been previously convicted under the laws of the State of Minnesota, relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely Minn. Stat. § 609.352.2a(1), Solicit Child or Believe to Be Child, on or about August 14, 2019, in Ramsey County, Minnesota, did knowingly possess a visual depiction that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, where the production of such visual depiction involved the use of

*United States v. Jason Elliot Roy*

a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, the following files:

  a) An image file with a title ending in -23F5.jpg, which depicts an adult man attempting to and penetrating the vagina of a naked prepubescent girl who is approximately four to six years old; and

  b) A video file with a title ending in -4EE0.mp4, which is approximately 23 seconds in duration and depicts an adult man putting his erect penis into the mouth of a minor girl who is approximately four to six years old, and the girl manually masturbating the man's penis,

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated here for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18,

*United States v. Jason Elliot Roy*

United States Code;

    (2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    (3)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to the following items:

    (a) A Motorola Moto Z2 Play cell phone, IMEI 355675080423619; and

    (b) An Apple iPad, model A1397, serial number DKWGV0VZDJHG.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2253(a).

Dated: May 24, 2022

ANDREW M. LUGER
United States Attorney

*s/ Miranda E. Dugi*
BY: MIRANDA E. DUGI
Attorney ID No. 5140546 (NY)
Assistant United States Attorney